UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN GLASPIE,  )<br> )<br>Plaintiff,  )<br> )<br>VS.  )<br> )<br>CRICKET WIRELESS, ET AL.,  )<br> )<br>Defendants.  ) | CIVIL ACTION NO.<br><br>3:17-CV-0458-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 21, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**